IDA KOPELSON, Respondent, v. NEW YORK HOTEL STATLER CO., INC., Appellant.

Supreme Court, Appellate Term, First Department, February 16, 1928.

**Inns and innkeepers — negligence — placing cuspidor in public room not negligence.**

It is not negligence for an hotel proprietor to place one or more cuspidors in a public room of the hotel.

APPEAL by defendant from judgment of the Municipal Court, Borough of Manhattan, Fourth District, in favor of plaintiff.

*E. C. Sherwood,* for the appellant.

*Michael Popper,* for the respondent.

PER CURIAM.    We do not understand how it can be validly claimed that the placing of one or more cuspidors in one of the public rooms of a hotel is negligence.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, BIJUR, DELEHANTY and CRAIN, JJ.